THE GREENE & FISH COMPANY, Respondent, v. ROBERT F. KREINHEDER and Others, Appellants.— Motion granted, unless appellants shall file brief by March eleventh and be ready for argument at present term.

MILDRED I. JOPSON, an Infant, etc., Plaintiff, v. J. LEONARD HEIMLICH, Defendant.— Motion granted, unless defendant shall file and serve printed papers and pay to plaintiff's attorney ten dollars by March fifteenth and be ready for argument at present term.

ALICE V. NORTHRUP, Appellant, v. GEORGE W. KEECH, as Administrator, etc., and Others, Respondents.— Motion granted and appeal dismissed, with costs.

HENRY H. WEBER, Respondent, v. PORTVILLE BASKET COMPANY, Appellant.— Motion granted and appeal dismissed, with costs.

AGNES L. MACK, Appellant, v. INTERNATIONAL RAILWAY COMPANY, Respondent.— Appeal dismissed, without costs, on stipulation filed.

In the Matter of the Petition of HERBERT S. SISSON, as State Commissioner of Excise, Respondent, for an Order Revoking and Canceling Liquor Tax Certificate No. 12,550, Held by CHARLES R. HARTZBERG, Appellant.—Appeal dismissed, without costs, upon stipulation filed.

PATRICK LONERGAN, Appellant, v. JAMES CAMPBELL, Respondent.— Under the circumstances we will hear both appeals upon the record filed, and the motion to dismiss the appeals is denied, without costs.

THE CITY OF SYRACUSE, Respondent, v. CHARLES E. COONEY and Others, Appellants.— Motion to postpone argument until May term denied. Appellants must file and serve briefs within ten days and be ready for argument on March twenty-first.

EDWARD C. GIBBONS, Appellant, v. CHARLES R. BRADBURY, Respondent. — Judgment affirmed, with costs. All concurred.

In the Matter of EDWARD GIBBONS, an Alleged Incompetent Person. EDWARD GIBBONS and Others, Appellants; SADIE G. BRADBURY, Respondent. — Order reversed, inquisition set aside and proceeding dismissed, with fifty dollars costs and disbursements to the alleged incompetent against the petitioner. Held, that the finding of incompetency is against the weight of the evidence. All concurred.

HARRY HERMAN, Respondent, v. GERMAN FIRE INSURANCE COMPANY OF WHEELING, WEST VIRGINIA, Appellant, Impleaded with ROCHESTER SAVINGS BANK and Others.— Judgment affirmed, with costs, and this court makes the additional finding, upon the evidence, that the award was inadequate. All concurred.

HARRY HERMAN, Respondent, v. UNITED FIREMEN'S INSURANCE COMPANY OF PHILADELPHIA, Appellant, Impleaded with ROCHESTER SAVINGS BANK and Others.— Judgment affirmed, with costs, and this court makes the additional finding, upon the evidence, that the award was inadequate. All concurred.